# William A. Edwards

# Proof of Income
# Filed pursuant to rule 1007-4

 **Payslip**  Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 14-Dec-2025 | 27-Dec-2025 | 2-Jan-2026 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,330.72 | 2,330.72 |
| Imputed Earnings | 26.40 | 26.40 |
| Pretax Deductions | 37.52 | 37.52 |
| Employee Tax Deductions | 462.63 | 462.63 |
| Voluntary Deductions | 24.02 | 24.02 |
| Net Payment | 1,780.15 | 1,780.15 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 26.40 | 26.40 |
| Day Regular | 2,073.60 | 2,073.60 |
| Holiday Time Off Paid | 230.72 | 230.72 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 71.90 | Hours | 28.84 | 1.00 | 2,073.60 |
| Holiday Time Off Paid | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | 71.90 | 71.90 |
| Holiday Time Off Paid Hours Worked | 8.00 | 8.00 |
| Paid Meal Break | 4.50 | 4.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 21.23 | 21.23 |
| Elite Vision EE Pre Tax | 4.48 | 4.48 |
| Premium Dental EE Pre Tax | 11.81 | 11.81 |
| **Tax Deductions** | | |
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 191.34 | 191.34 |
| Social Security Employee Withheld | 142.18 | 142.18 |
| Medicare Employee Withheld | 33.25 | 33.25 |
| SIT Withheld (PA) | 69.59 | 69.59 |
| SUI Employee Withheld (PA) | 1.61 | 1.61 |
| City Withheld (PA,Beaver,Harmony Township) | 11.33 | 11.33 |

 **UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 2.00 |
|---|---|---|
| School Withheld (PA,Ambridge ASD) | 11.33 | 11.33 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplemental Employee Life EE Post Tax | 16.67 | 16.67 |
| MetLife Accident Post Tax (194119) | 1.72 | 1.72 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 5.63 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 14219006787 | | | XXXXXX4117 | USD | 1,780.15 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |

 **Payslip** Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 28-Dec-2025 | 10-Jan-2026 | 16-Jan-2026 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,289.89 | 4,620.61 |
| Imputed Earnings | 0.00 | 26.40 |
| Pretax Deductions | 37.52 | 75.04 |
| Employee Tax Deductions | 454.03 | 916.66 |
| Voluntary Deductions | 24.02 | 48.04 |
| Net Payment | 1,774.32 | 3,554.47 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 0.00 | 26.40 |
| Day Regular | 1,799.61 | 3,873.21 |
| Holiday Time Off Paid | 230.72 | 461.44 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 62.40 | Hours | 28.84 | 1.00 | 1,799.61 |
| Holiday Time Off Paid | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |
| PTO Entitlement | | | 9.00 | Hours | 28.84 | 1.00 | 259.56 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 259.56 | 259.56 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | 62.40 | 134.30 |
| Holiday Time Off Paid Hours Worked | 8.00 | 16.00 |
| PTO Entitlement Hours | 9.00 | 9.00 |
| Paid Meal Break | 4.00 | 8.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 21.23 | 42.46 |
| Elite Vision EE Pre Tax | 4.48 | 8.96 |
| Premium Dental EE Pre Tax | 11.81 | 23.62 |
| **Tax Deductions** | | |
| **Description** | **Current** | **Year to Date** |



**Payslip**

Page: 2 of 2

| | | Current | Year to Date |
|---|---|---|---|
| FIT Withheld | | 186.44 | 377.78 |
| Social Security Employee Withheld | | 139.65 | 281.83 |
| Medicare Employee Withheld | | 32.66 | 65.91 |
| SIT Withheld (PA) | | 69.15 | 138.74 |
| SUI Employee Withheld (PA) | | 1.61 | 3.22 |
| City Withheld (PA,Beaver,Harmony Township) | | 11.26 | 22.59 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | | 2.00 | 4.00 |
| School Withheld (PA,Ambridge ASD) | | 11.26 | 22.59 |

### Other Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Supplemental Employee Life EE Post Tax | | 16.67 | 33.34 |
| MetLife Accident Post Tax (194119) | | 1.72 | 3.44 |
| MetLife Critical Illness Post Tax (194119) | | 5.63 | 11.26 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 14308630546 | | | XXXXXX4117 | USD | 1,774.32 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |

 **Payslip**                                          Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Bill Edwards** | **194119-2** | **UPMC Biweekly Payroll** |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| **194119** | **E194119-2** | **Hourly** |
| | **Job Title** | **Tax Reporting Unit Name** |
| | **Paralegal, Assoc.** | **UPMC Health Plan, Inc.** |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| **522 Clinton Street** | **Paralegal, Assoc.** | **600 Grant Street** |
| **Ambridge, PA 15003** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **13-Jul-2025** | **26-Jul-2025** | **1-Aug-2025** | **28.84** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,333.60 | 37,198.49 |
| Imputed Earnings | 26.40 | 211.20 |
| Pretax Deductions | 30.26 | 855.15 |
| Employee Tax Deductions | 470.48 | 7,458.90 |
| Voluntary Deductions | 24.02 | 384.32 |
| Net Payment | 1,782.44 | 28,288.92 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 26.40 | 211.20 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,076.48 | 33,976.40 |
| Holiday Time Off Paid | 0.00 | 1,153.60 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 72.00 | Hours | 28.84 | 1.00 | 2,076.48 |
| PTO Entitlement | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 230.72 | 1,822.69 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 72.00 | 1,178.10 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| PTO Entitlement Hours | 8.00 | 63.20 |
| Paid Meal Break | 4.00 | 72.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 332.32 |
| Elite Vision EE Pre Tax | 4.05 | 64.80 |

 **Payslip**                                                                 Page: 2 of 2

| | Current | Year to Date |
|---|---|---|
| Savings Plan 401a | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | 5.44 | 87.04 |

| **Tax Deductions** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 198.00 | 3,106.76 |
| Social Security Employee Withheld | 142.81 | 2,276.29 |
| Medicare Employee Withheld | 33.40 | 532.36 |
| SIT Withheld (PA) | 69.90 | 1,120.60 |
| SUI Employee Withheld (PA) | 1.61 | 25.89 |
| City Withheld (PA,Beaver,Harmony Township) | 11.38 | 182.50 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 32.00 |
| School Withheld (PA,Ambridge ASD) | 11.38 | 182.50 |

| **Other Deductions** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplemental Employee Life EE Post Tax | 16.67 | 266.72 |
| MetLife Accident Post Tax (194119) | 1.72 | 27.52 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 90.08 |

| **Net Pay Distribution** | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 13243614919 | | | XXXXXX4117 | USD | 1,782.44 |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 27-Jul-2025 | 9-Aug-2025 | 15-Aug-2025 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,307.22 | 39,505.71 |
| Imputed Earnings | 0.00 | 211.20 |
| Pretax Deductions | 30.26 | 885.41 |
| Employee Tax Deductions | 465.29 | 7,924.19 |
| Voluntary Deductions | 24.02 | 408.34 |
| Net Payment | 1,787.65 | 30,076.57 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 0.00 | 211.20 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,209.15 | 36,185.55 |
| Holiday Time Off Paid | 0.00 | 1,153.60 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 76.60 | Hours | 28.84 | 1.00 | 2,209.15 |
| PTO Entitlement | | | 3.40 | Hours | 28.84 | 1.00 | 98.07 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 98.07 | 1,920.76 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 76.60 | 1,254.70 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| PTO Entitlement Hours | 3.40 | 66.60 |
| Paid Meal Break | 4.00 | 76.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 353.09 |
| Elite Vision EE Pre Tax | 4.05 | 68.85 |

     **Payslip**                                        Page: 2 of 2

| | | Current | Year to Date |
|---|---|---|---|
| Savings Plan 401a | | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | | 5.44 | 92.48 |

**Tax Deductions**

| Description | | Current | Year to Date |
|---|---|---|---|
| FIT Withheld | | 194.83 | 3,301.59 |
| Social Security Employee Withheld | | 141.17 | 2,417.46 |
| Medicare Employee Withheld | | 33.01 | 565.37 |
| SIT Withheld (PA) | | 69.90 | 1,190.50 |
| SUI Employee Withheld (PA) | | 1.62 | 27.51 |
| City Withheld (PA,Beaver,Harmony Township) | | 11.38 | 193.88 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | | 2.00 | 34.00 |
| School Withheld (PA,Ambridge ASD) | | 11.38 | 193.88 |

**Other Deductions**

| Description | | Current | Year to Date |
|---|---|---|---|
| Supplemental Employee Life EE Post Tax | | 16.67 | 283.39 |
| MetLife Accident Post Tax (194119) | | 1.72 | 29.24 |
| MetLife Critical Illness Post Tax (194119) | | 5.63 | 95.71 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13331394951 | | | XXXXXX4117 | USD | 1,787.65 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |

 **Payslip**                                                Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street | Paralegal, Assoc. | 600 Grant Street |
| Ambridge, PA 15003 | | Floor 56 |
| US | | Pittsburgh, PA 15219 |
| | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 10-Aug-2025 | 23-Aug-2025 | 29-Aug-2025 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,307.20 | 41,812.91 |
| Imputed Earnings | 0.00 | 211.20 |
| Pretax Deductions | 30.26 | 915.67 |
| Employee Tax Deductions | 465.29 | 8,389.48 |
| Voluntary Deductions | 24.02 | 432.36 |
| Net Payment | 1,787.63 | 31,864.20 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 0.00 | 211.20 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,307.20 | 38,492.75 |
| Holiday Time Off Paid | 0.00 | 1,153.60 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 80.00 | Hours | 28.84 | 1.00 | 2,307.20 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 0.00 | 1,920.76 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 80.00 | 1,334.70 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| PTO Entitlement Hours | 0.00 | 66.60 |
| Paid Meal Break | 5.00 | 81.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 373.86 |
| Elite Vision EE Pre Tax | 4.05 | 72.90 |
| Savings Plan 401a | 0.00 | 370.99 |

  **Payslip**                                                Page: 2 of 2

| Standard Dental EE Pre Tax | 5.44 | 97.92 |
|---|---|---|

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 194.83 | 3,496.42 |
| Social Security Employee Withheld | 141.17 | 2,558.63 |
| Medicare Employee Withheld | 33.02 | 598.39 |
| SIT Withheld (PA) | 69.90 | 1,260.40 |
| SUI Employee Withheld (PA) | 1.61 | 29.12 |
| City Withheld (PA,Beaver,Harmony Township) | 11.38 | 205.26 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 36.00 |
| School Withheld (PA,Ambridge ASD) | 11.38 | 205.26 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Employee Life EE Post Tax | 16.67 | 300.06 |
| MetLife Accident Post Tax (194119) | 1.72 | 30.96 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 101.34 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13419762231 | | | XXXXXX4117 | USD | 1,787.63 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |

 **Payslip**                                    Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 24-Aug-2025 | 6-Sep-2025 | 12-Sep-2025 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,333.60 | 44,146.51 |
| Imputed Earnings | 26.40 | 237.60 |
| Pretax Deductions | 30.26 | 945.93 |
| Employee Tax Deductions | 470.49 | 8,859.97 |
| Voluntary Deductions | 24.02 | 456.38 |
| Net Payment | 1,782.43 | 33,646.63 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 26.40 | 237.60 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 1,845.76 | 40,338.51 |
| Holiday Time Off Paid | 230.72 | 1,384.32 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 64.00 | Hours | 28.84 | 1.00 | 1,845.76 |
| Holiday Time Off Paid | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |
| PTO Entitlement | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 230.72 | 2,151.48 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 64.00 | 1,398.70 |
| Holiday Time Off Paid Hours Worked | 8.00 | 48.00 |
| PTO Entitlement Hours | 8.00 | 74.60 |
| Paid Meal Break | 4.00 | 85.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 394.63 |

 **Payslip**

| | Current | Year to Date |
|---|---|---|
| Elite Vision EE Pre Tax | 4.05 | 76.95 |
| Savings Plan 401a | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | 5.44 | 103.36 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 198.00 | 3,694.42 |
| Social Security Employee Withheld | 142.81 | 2,701.44 |
| Medicare Employee Withheld | 33.40 | 631.79 |
| SIT Withheld (PA) | 69.90 | 1,330.30 |
| SUI Employee Withheld (PA) | 1.62 | 30.74 |
| City Withheld (PA,Beaver,Harmony Township) | 11.38 | 216.64 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 38.00 |
| School Withheld (PA,Ambridge ASD) | 11.38 | 216.64 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplemental Employee Life EE Post Tax | 16.67 | 316.73 |
| MetLife Accident Post Tax (194119) | 1.72 | 32.68 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 106.97 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 13508521202 | | | XXXXXX4117 | USD | 1,782.43 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |

 **Payslip**     Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 7-Sep-2025 | 20-Sep-2025 | 26-Sep-2025 | 28.84 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,307.20 | 46,453.71 |
| Imputed Earnings | 0.00 | 237.60 |
| Pretax Deductions | 30.26 | 976.19 |
| Employee Tax Deductions | 465.28 | 9,325.25 |
| Voluntary Deductions | 24.02 | 480.40 |
| Net Payment | 1,787.64 | 35,434.27 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 237.60 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,076.48 | 42,414.99 |
| Holiday Time Off Paid | 0.00 | 1,384.32 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 72.00 | Hours | 28.84 | 1.00 | 2,076.48 |
| PTO Entitlement | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 230.72 | 2,382.20 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 72.00 | 1,470.70 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Entitlement Hours | 8.00 | 82.60 |
| Paid Meal Break | 4.50 | 90.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 20.77 | 415.40 |
| Elite Vision EE Pre Tax | 4.05 | 81.00 |

 **Payslip**

| | | Current | Year to Date |
|---|---|---|---|
| Savings Plan 401a | | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | | 5.44 | 108.80 |

| Tax Deductions | | | |
|---|---|---|---|
| **Description** | | **Current** | **Year to Date** |
| FIT Withheld | | 194.83 | 3,889.25 |
| Social Security Employee Withheld | | 141.17 | 2,842.61 |
| Medicare Employee Withheld | | 33.01 | 664.80 |
| SIT Withheld (PA) | | 69.90 | 1,400.20 |
| SUI Employee Withheld (PA) | | 1.61 | 32.35 |
| City Withheld (PA,Beaver,Harmony Township) | | 11.38 | 228.02 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | | 2.00 | 40.00 |
| School Withheld (PA,Ambridge ASD) | | 11.38 | 228.02 |

| Other Deductions | | | |
|---|---|---|---|
| **Description** | | **Current** | **Year to Date** |
| Supplemental Employee Life EE Post Tax | | 16.67 | 333.40 |
| MetLife Accident Post Tax (194119) | | 1.72 | 34.40 |
| MetLife Critical Illness Post Tax (194119) | | 5.63 | 112.60 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 13598686275 | | | XXXXXX4117 | USD | 1,787.64 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |

 **Payslip**  Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| 194119 | E194119-2 | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| Employee Address | Position | Tax Reporting Unit Address |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 21-Sep-2025 | 4-Oct-2025 | 10-Oct-2025 | 28.84 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,333.60 | 48,787.31 |
| Imputed Earnings | 26.40 | 264.00 |
| Pretax Deductions | 30.26 | 1,006.45 |
| Employee Tax Deductions | 470.48 | 9,795.73 |
| Voluntary Deductions | 24.02 | 504.42 |
| Net Payment | 1,782.44 | 37,216.71 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 26.40 | 264.00 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,220.68 | 44,635.67 |
| Holiday Time Off Paid | 0.00 | 1,384.32 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 77.00 | Hours | 28.84 | 1.00 | 2,220.68 |
| PTO Entitlement | | | 3.00 | Hours | 28.84 | 1.00 | 86.52 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 86.52 | 2,468.72 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 77.00 | 1,547.70 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Entitlement Hours | 3.00 | 85.60 |
| Paid Meal Break | 5.00 | 95.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 20.77 | 436.17 |
| Elite Vision EE Pre Tax | 4.05 | 85.05 |

 **UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| | | Current | Year to Date |
|---|---|---|---|
| Savings Plan 401a | | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | | 5.44 | 114.24 |

### Tax Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| FIT Withheld | | 198.00 | 4,087.25 |
| Social Security Employee Withheld | | 142.80 | 2,985.41 |
| Medicare Employee Withheld | | 33.40 | 698.20 |
| SIT Withheld (PA) | | 69.90 | 1,470.10 |
| SUI Employee Withheld (PA) | | 1.62 | 33.97 |
| City Withheld (PA,Beaver,Harmony Township) | | 11.38 | 239.40 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | | 2.00 | 42.00 |
| School Withheld (PA,Ambridge ASD) | | 11.38 | 239.40 |

### Other Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Supplemental Employee Life EE Post Tax | | 16.67 | 350.07 |
| MetLife Accident Post Tax (194119) | | 1.72 | 36.12 |
| MetLife Critical Illness Post Tax (194119) | | 5.63 | 118.23 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13686177022 | | | XXXXXX4117 | USD | 1,782.44 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 5-Oct-2025 | 18-Oct-2025 | 24-Oct-2025 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,307.21 | 51,094.52 |
| Imputed Earnings | 0.00 | 264.00 |
| Pretax Deductions | 30.26 | 1,036.71 |
| Employee Tax Deductions | 465.30 | 10,261.03 |
| Voluntary Deductions | 24.02 | 528.44 |
| Net Payment | 1,787.63 | 39,004.34 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 0.00 | 264.00 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,243.76 | 46,879.43 |
| Holiday Time Off Paid | 0.00 | 1,384.32 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 77.80 | Hours | 28.84 | 1.00 | 2,243.76 |
| PTO Entitlement | | | 2.20 | Hours | 28.84 | 1.00 | 63.45 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 63.45 | 2,532.17 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 77.80 | 1,625.50 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Entitlement Hours | 2.20 | 87.80 |
| Paid Meal Break | 5.00 | 100.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 456.94 |
| Elite Vision EE Pre Tax | 4.05 | 89.10 |

 **Payslip** Page: 2 of 2

| | Current | Year to Date |
|---|---|---|
| Savings Plan 401a | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | 5.44 | 119.68 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 194.83 | 4,282.08 |
| Social Security Employee Withheld | 141.18 | 3,126.59 |
| Medicare Employee Withheld | 33.02 | 731.22 |
| SIT Withheld (PA) | 69.90 | 1,540.00 |
| SUI Employee Withheld (PA) | 1.61 | 35.58 |
| City Withheld (PA,Beaver,Harmony Township) | 11.38 | 250.78 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 44.00 |
| School Withheld (PA,Ambridge ASD) | 11.38 | 250.78 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Employee Life EE Post Tax | 16.67 | 366.74 |
| MetLife Accident Post Tax (194119) | 1.72 | 37.84 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 123.86 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13772855378 | | | XXXXXX4117 | USD | 1,787.63 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |

 **LIFE CHANGING MEDICINE**

**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street | Paralegal, Assoc. | 600 Grant Street |
| Ambridge, PA 15003 | | Floor 56 |
| US | | Pittsburgh, PA 15219 |
| | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 19-Oct-2025 | 1-Nov-2025 | 7-Nov-2025 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,339.37 | 53,433.89 |
| Imputed Earnings | 26.40 | 290.40 |
| Pretax Deductions | 30.26 | 1,066.97 |
| Employee Tax Deductions | 471.85 | 10,732.88 |
| Voluntary Deductions | 24.02 | 552.46 |
| Net Payment | 1,786.84 | 40,791.18 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 26.40 | 290.40 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,082.25 | 48,961.68 |
| Holiday Time Off Paid | 0.00 | 1,384.32 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 72.20 | Hours | 28.84 | 1.00 | 2,082.25 |
| PTO Entitlement | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 230.72 | 2,762.89 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 72.20 | 1,697.70 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Entitlement Hours | 8.00 | 95.80 |
| Paid Meal Break | 4.50 | 104.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 477.71 |
| Elite Vision EE Pre Tax | 4.05 | 93.15 |

 **Payslip**

| | | Current | Year to Date |
|---|---|---|---|
| Savings Plan 401a | | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | | 5.44 | 125.12 |

**Tax Deductions**

| Description | | Current | Year to Date |
|---|---|---|---|
| FIT Withheld | | 198.69 | 4,480.77 |
| Social Security Employee Withheld | | 143.16 | 3,269.75 |
| Medicare Employee Withheld | | 33.48 | 764.70 |
| SIT Withheld (PA) | | 70.08 | 1,610.08 |
| SUI Employee Withheld (PA) | | 1.62 | 37.20 |
| City Withheld (PA,Beaver,Harmony Township) | | 11.41 | 262.19 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | | 2.00 | 46.00 |
| School Withheld (PA,Ambridge ASD) | | 11.41 | 262.19 |

**Other Deductions**

| Description | | Current | Year to Date |
|---|---|---|---|
| Supplemental Employee Life EE Post Tax | | 16.67 | 383.41 |
| MetLife Accident Post Tax (194119) | | 1.72 | 39.56 |
| MetLife Critical Illness Post Tax (194119) | | 5.63 | 129.49 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13869887963 | | | XXXXXX4117 | USD | 1,786.84 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |

      **Payslip**      Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 2-Nov-2025 | 15-Nov-2025 | 21-Nov-2025 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,307.21 | 55,741.10 |
| Imputed Earnings | 0.00 | 290.40 |
| Pretax Deductions | 30.26 | 1,097.23 |
| Employee Tax Deductions | 465.30 | 11,198.18 |
| Voluntary Deductions | 24.02 | 576.48 |
| Net Payment | 1,787.63 | 42,578.81 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 0.00 | 290.40 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,209.14 | 51,170.82 |
| Holiday Time Off Paid | 0.00 | 1,384.32 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 76.60 | Hours | 28.84 | 1.00 | 2,209.14 |
| PTO Entitlement | | | 3.40 | Hours | 28.84 | 1.00 | 98.07 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 98.07 | 2,860.96 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 76.60 | 1,774.30 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Entitlement Hours | 3.40 | 99.20 |
| Paid Meal Break | 5.00 | 109.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 498.48 |
| Elite Vision EE Pre Tax | 4.05 | 97.20 |

 **Payslip**                                                          Page: 2 of 2

| | Current | Year to Date |
|---|---|---|
| Savings Plan 401a | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | 5.44 | 130.56 |

| **Tax Deductions** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 194.83 | 4,675.60 |
| Social Security Employee Withheld | 141.17 | 3,410.92 |
| Medicare Employee Withheld | 33.02 | 797.72 |
| SIT Withheld (PA) | 69.90 | 1,679.98 |
| SUI Employee Withheld (PA) | 1.62 | 38.82 |
| City Withheld (PA,Beaver,Harmony Township) | 11.38 | 273.57 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 48.00 |
| School Withheld (PA,Ambridge ASD) | 11.38 | 273.57 |

| **Other Deductions** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplemental Employee Life EE Post Tax | 16.67 | 400.08 |
| MetLife Accident Post Tax (194119) | 1.72 | 41.28 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 135.12 |

| **Net Pay Distribution** | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 13956097448 | | | XXXXXX4117 | USD | 1,787.63 |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 194119 | E194119-2 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 522 Clinton Street<br>Ambridge, PA 15003<br>US | Paralegal, Assoc. | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 16-Nov-2025 | 29-Nov-2025 | 5-Dec-2025 | 28.84 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,316.30 | 58,057.40 |
| Imputed Earnings | 26.40 | 316.80 |
| Pretax Deductions | 30.26 | 1,127.49 |
| Employee Tax Deductions | 466.37 | 11,664.55 |
| Voluntary Deductions | 24.02 | 600.50 |
| Net Payment | 1,769.25 | 44,348.06 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 26.40 | 316.80 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 1,828.46 | 52,999.28 |
| Holiday Time Off Paid | 230.72 | 1,615.04 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 63.40 | Hours | 28.84 | 1.00 | 1,828.46 |
| Holiday Time Off Paid | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |
| PTO Entitlement | | | 8.00 | Hours | 28.84 | 1.00 | 230.72 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 230.72 | 3,091.68 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 63.40 | 1,837.70 |
| Holiday Time Off Paid Hours Worked | 8.00 | 56.00 |
| PTO Entitlement Hours | 8.00 | 107.20 |
| Paid Meal Break | 4.00 | 113.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 20.77 | 519.25 |



**Payslip**

| | Current | Year to Date |
|---|---|---|
| Elite Vision EE Pre Tax | 4.05 | 101.25 |
| Savings Plan 401a | 0.00 | 370.99 |
| Standard Dental EE Pre Tax | 5.44 | 136.00 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 195.92 | 4,871.52 |
| Social Security Employee Withheld | 141.74 | 3,552.66 |
| Medicare Employee Withheld | 33.14 | 830.86 |
| SIT Withheld (PA) | 69.37 | 1,749.35 |
| SUI Employee Withheld (PA) | 1.60 | 40.42 |
| City Withheld (PA,Beaver,Harmony Township) | 11.30 | 284.87 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 50.00 |
| School Withheld (PA,Ambridge ASD) | 11.30 | 284.87 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Employee Life EE Post Tax | 16.67 | 416.75 |
| MetLife Accident Post Tax (194119) | 1.72 | 43.00 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 140.75 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 14043703904 | | | XXXXXX4117 | USD | 1,769.25 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |

 **Payslip** Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Bill Edwards | 194119-2 | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| 194119 | E194119-2 | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | Paralegal, Assoc. | UPMC Health Plan, Inc. |
| Employee Address | Position | Tax Reporting Unit Address |
| 522 Clinton Street | Paralegal, Assoc. | 600 Grant Street |
| Ambridge, PA 15003 | | Floor 56 |
| US | | Pittsburgh, PA 15219 |
| | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 30-Nov-2025 | 13-Dec-2025 | 19-Dec-2025 | 28.84 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,307.21 | 60,364.61 |
| Imputed Earnings | 0.00 | 316.80 |
| Pretax Deductions | 30.26 | 1,157.75 |
| Employee Tax Deductions | 465.29 | 12,129.84 |
| Voluntary Deductions | 24.02 | 624.52 |
| Net Payment | 1,787.64 | 46,135.70 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 316.80 |
| Day OT Premium | 0.00 | 11.53 |
| Day OT Regular | 0.00 | 23.07 |
| Day Regular | 2,206.26 | 55,205.54 |
| Holiday Time Off Paid | 0.00 | 1,615.04 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 76.50 | Hours | 28.84 | 1.00 | 2,206.26 |
| PTO Entitlement | | | 3.50 | Hours | 28.84 | 1.00 | 100.95 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 100.95 | 3,192.63 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 0.80 |
| Day OT Regular Hours Worked | 0.00 | 0.80 |
| Day Regular Hours Worked | 76.50 | 1,914.20 |
| Holiday Time Off Paid Hours Worked | 0.00 | 56.00 |
| PTO Entitlement Hours | 3.50 | 110.70 |
| Paid Meal Break | 4.50 | 118.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 20.77 | 540.02 |
| Elite Vision EE Pre Tax | 4.05 | 105.30 |

 **Payslip**                                                                 Page: 2 of 2

| Savings Plan 401a | 0.00 | 370.99 |
|---|---|---|
| Standard Dental EE Pre Tax | 5.44 | 141.44 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 194.83 | 5,066.35 |
| Social Security Employee Withheld | 141.17 | 3,693.83 |
| Medicare Employee Withheld | 33.02 | 863.88 |
| SIT Withheld (PA) | 69.90 | 1,819.25 |
| SUI Employee Withheld (PA) | 1.61 | 42.03 |
| City Withheld (PA,Beaver,Harmony Township) | 11.38 | 296.25 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 52.00 |
| School Withheld (PA,Ambridge ASD) | 11.38 | 296.25 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Employee Life EE Post Tax | 16.67 | 433.42 |
| MetLife Accident Post Tax (194119) | 1.72 | 44.72 |
| MetLife Critical Illness Post Tax (194119) | 5.63 | 146.38 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 14130925484 | | | XXXXXX4117 | USD | 1,787.64 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |