## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: William A. Edwards aka Bill A. Edwards               CHAPTER 7
                    Debtor(s)

                                                    BKY. NO. 26-21125 CMB

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.


Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
14 May 2026, 13:12:52, EDT

Matthew Fissel, Esq. (314567)     ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 033afe86be931df64d4cba49fe79311c85c8f419c7f7ca98d150f60cd6e15ca8