**Form 144**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William A. Edwards**
**aka Bill A. Edwards**
    Debtor(s)

Bankruptcy Case No.: 26–21125–CMB

Chapter: 7
Docket No.: 24

### <u>NOTICE – REMINDER</u>

      Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above–captioned case will be closed without an Order of Discharge unless a ***Certificate of Completion of Instructional Course Concerning Personal Financial Management*** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c)(4)(B).* The deadline is as follows:

      ***CHAPTER 7 CASES – –*** *Fed.R.Bankr.P. 1007(c)(4)(B)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: July 20, 2026

                                 Michael R. Rhodes, Clerk
                                 United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-21125-CMB

William A. Edwards                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: admin                                   Page 1 of 2

Date Rcvd: Jul 20, 2026                   Form ID: 144                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID             Recipient Name and Address**
db                 +  William A. Edwards, 522 Clinton St., Ambridge, PA 15003-1782

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name                        Email Address**

Brent J. Lemon
                            on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                            aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Eric E. Bononi
                            bankruptcy@bononilaw.com  pa69@ecfcbis.com

Kenneth Steidl
                            on behalf of Debtor William A. Edwards julie.steidl@steidl-steinberg.com
                            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Matthew Fissel
                            on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                           User: admin                                    Page 2 of 2

Date Rcvd: Jul 20, 2026                        Form ID: 144                               Total Noticed: 1

TOTAL: 5