# PROCEEDING MEMO

**Date: 08/28/2026 10:30 AM**

**In re: William A. Edwards**

**Bankruptcy No. 26-21125-CMB**

**Chapter: 7**

**Doc. # 17**

**Appearances: Matthew Fissel**
**Chris Frye**

**Nature of Proceeding: #17 Motion for Relief fromThe Automatic Stay**

**Additional Pleadings: #25 Answer to Motion filed by Debtor**

Per Atty. Fissel, PNC Bank has a first lien on the Debtor's residence. The case is near completion.

Per Atty. Frye, the case is almost over.

OUTCOME: Motion is granted. Order to be entered.

**Carlota Böhm**

**U.S. Bankruptcy Judge**

SIGNED
8/28/26 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA