Form 319

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William A. Edwards**<br>**aka Bill A. Edwards**<br>*Debtor(s)* | :<br>:<br>:<br>:<br>:<br>: | Case No. 26−21125−CMB<br><br>Chapter: 7 |

**ORDER**

In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)(4)(A)* requires an individual Debtor to file a ***Certificate of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

In this case, the Debtor(s) failed to timely file a ***Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

***AND NOW***, this ***The 10th of September, 2026***, it is hereby ***ORDERED, ADJUDGED and DECREED*** that at the appropriate time, the case shall be closed without an entry of a discharge order.

Dated: September 10, 2026

cm: Debtor

Carlota M. Böhm
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-21125-CMB
William A. Edwards Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 10, 2026 Form ID: 319 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William A. Edwards, 522 Clinton St., Ambridge, PA 15003-1782 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:20:34 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:20:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16661972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2026 02:20:35 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16661973 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 02:20:29 | Amex, American Express Customer Service, Attn:, P.O. Box 981535, El Paso, TX 79998-1535 |
| 16661975 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 11 2026 02:15:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 16661974 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 11 2026 02:15:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 16661977 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2026 02:20:34 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16661976 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2026 02:20:29 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16661979 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 11 2026 02:20:35 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 16661978 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 11 2026 02:20:30 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 16661981 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 02:20:25 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16661980 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 02:20:34 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 16661982 | + | Email/Text: mrdiscen@discover.com | Sep 11 2026 02:14:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16661984 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 11 2026 02:14:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16661983 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 11 2026 02:14:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 16661986 | | Email/Text: camanagement@mtb.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 11 2026 02:15:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 16661985 | | Email/Text: camanagement@mtb.com | Sep 11 2026 02:15:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 16661988 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 11 2026 02:14:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16661987 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 11 2026 02:14:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16661989 | + | Email/Text: ml-ebn@missionlane.com | Sep 11 2026 02:14:00 | Mission Lane/webbank, Po Box105286, Atlanta, GA 30348-5286 |
| 16661993 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2026 02:14:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 16661992 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2026 02:14:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 16661990 | + | Email/Text: bkrgeneric@penfed.org | Sep 11 2026 02:14:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 16661991 | + | Email/Text: bkrgeneric@penfed.org | Sep 11 2026 02:14:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 16661994 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 11 2026 02:15:00 | Upstart Customers Bank, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Kenneth Steidl | |

on behalf of Debtor William A. Edwards julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Matthew Fissel
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5