Certificate Number: 01721-PAW-DE-041459684

Bankruptcy Case Number: 26-21125

01721-PAW-DE-041459684

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2026, at 11:30 o'clock AM EDT, William Edwards completed a course on personal financial management given by telephone by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 18, 2026

By: /s/John Arentzen

Name: John Arentzen

Title: Counselor