**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William A. Edwards<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8772 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 26–21125–GLT | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William A. Edwards
aka Bill A. Edwards

9/25/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-21125-GLT
William A. Edwards Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 25, 2026 Form ID: 318 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William A. Edwards, 522 Clinton St., Ambridge, PA 15003-1782 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 26 2026 05:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 26 2026 05:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 26 2026 05:26:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Sep 26 2026 05:26:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16661972 | + | EDI: CITICORP | Sep 26 2026 05:26:00 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16661973 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2026 01:32:44 | Amex, American Express Customer Service, Attn:, P.O. Box 981535, El Paso, TX 79998-1535 |
| 16661975 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 26 2026 01:34:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 16661974 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 26 2026 01:34:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 16661977 | + | EDI: CAPITALONE.COM | Sep 26 2026 05:26:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16661976 | + | EDI: CAPITALONE.COM | Sep 26 2026 05:26:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16661979 | + | EDI: CAPONEAUTO.COM | Sep 26 2026 05:26:00 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 16661978 | | EDI: CAPONEAUTO.COM | Sep 26 2026 05:26:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 16661981 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2026 01:32:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16661980 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2026 01:32:40 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 16661982 | + | EDI: DISCOVER | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 26 2026 05:26:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16661984 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 26 2026 01:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16661983 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 26 2026 01:34:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 16661986 | | Email/Text: camanagement@mtb.com | Sep 26 2026 01:34:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 16661985 | | Email/Text: camanagement@mtb.com | Sep 26 2026 01:34:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 16661988 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 26 2026 01:34:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16661987 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 26 2026 01:34:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16661989 | + | Email/Text: ml-ebn@missionlane.com | Sep 26 2026 01:34:00 | Mission Lane/webbank, Po Box105286, Atlanta, GA 30348-5286 |
| 16661993 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 16661992 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 16661990 | + | Email/Text: bkrgeneric@penfed.org | Sep 26 2026 01:34:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 16661991 | + | Email/Text: bkrgeneric@penfed.org | Sep 26 2026 01:34:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 16661994 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 26 2026 01:34:00 | Upstart Customers Bank, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Kenneth Steidl | on behalf of Debtor William A. Edwards julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5